# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNIOR HERNANDEZ GUZMAN, | Case No. EDCV 25-2267 CV (PVC) |
| Petitioner, | |
| v. | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| DEPARTMENT OF HOMELAND SECURITY, ET AL., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition be DISMISSED for lack of subject matter jurisdiction. This DISMISSAL is without prejudice. Additionally, Petitioner's Request for Appointment of Counsel and Motion for Immediate Release are DENIED as Moot.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on counsel for Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  6/12/26

*Cynthia Valenzuela*
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

2