JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNIOR HERNANDEZ GUZMAN,<br><br>         Petitioner,<br><br>   v.<br><br>DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>         Respondents. | Case No. EDCV 25-2267 CV (PVC)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED without prejudice.

DATED:  6/12/26



CYNTHIA VALENZUELA
UNITED  T  TE  DI TRI  T JUD  E